DocuSign Envelope ID: A06AGA20FF20B-4A20-0763-787JKP5ESC
Case 5:21-cv-00687-JKP-ESC  Document 9  Filed 09/02/21  Page 1 of 2

20210827132637

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, EXHIBIT** |
| EFFECTED (1) BY ME: | **GIANFRANCO MAUCIONE** |
| TITLE: | **PROCESS SERVER** |
| | DATE: 8/27/2021 1:52:46 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

PHILIP D. STERN

Place where served:

KIM LAW FIRM  411 HACKENSACK AVE  HACKENSACK  NJ  07601

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

EUNICE JEON

Relationship to defendant  **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F    AGE: 21-35   HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: ASIAN    HAIR: BLACK    OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____         SERVICES $ _____ . ____         TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 08/27/2021

Docusign Court Approved E-Signature
*GIANFRANCO MAUCIONE*
E79DECDC2A944D9                L.S.

SIGNATURE OF GIANFRANCO MAUCIONE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   AMY L.B. GINSBURG ESQ.
PLAINTIFF:  REBECCA THOMASSON
DEFENDANT:  PHILIP D. STERN
VENUE:      DISTRICT
DOCKET:     5 21 CV 00687 JKP ESC
COMMENT:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| REBECCA THOMASSON <br><br> *Plaintiff(s)* <br> v. <br> PHILIP D. STERN <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 5:21-cv-00687-JKP-ESC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PHILIP D. STERN
21 Girard Place
Maplewood, New Jersey 07040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Amy L.B. Ginsburg, Esq.
    GINSBURG LAW GROUP, P.C.
    196 West Ashland Street
    Doylestown, PA 18901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 2 5 2021

JEANNETTE J. CLACK
*Signature of Clerk or Deputy Clerk*

