# PHILIP D. STERN

411 HACKENSACK AVENUE, SUITE 701, HACKENSACK, NJ 07601
(973) 202-7805
PSTERN@PHILIPSTERN.COM

Tuesday, February 1, 2022

Honorable Jason Pulliam, U.S.D.J.
UNITED STATES DISTRICT COURT
262 West Nueva Street
San Antonio, TX 78207

    RE:    *Rebecca Thomasson v. Philip D. Stern,* Case No. SA-21-CV-00687-JKP

Dear Judge Pulliam,

My apologies to the Court and opposing counsel for my Response [Dkt. No. 28] which I withdraw. I failed to recall the statement from my Declaration [ECF No. 26-1 at ¶47] at the time I read Plaintiff's Motion [Dkt. No. 27 at ¶3] and inferred she had solicited and obtained my consent to her Motion's specific request to extend her deadline.

Consistent with my Declaration, my Response indicated I have no objection to the requested extension.

Thank you for Your Honor's consideration in this matter.

Respectfully,

*s/Philip D. Stern*
Philip D. Stern

*via ECF*
cc:    All counsel of record

## CERTIFICATE OF SERVICE

I, Philip D. Stern, hereby certify that, on the date set forth in the header of this document, I electronically filed this document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through CM/ECF.

Dated: February 1, 2022

    s/Philip D. Stern
    Philip D. Stern