**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**REBECCA THOMASSON,**

    **Plaintiff,**

**v.**

                                             **No. SA-21-CV-00687-JKP**

**PHILIP D. STERN,**

    **Defendant.**

## ORDER SETTING STATUS CONFERENCE

This matter is set for status conference with the undersigned on **February 23, at 10:00 AM by Zoom.** Participants who have not received the Zoom link the morning of the conference should contact Magda Muzza, the Courtroom Deputy. Ms. Muzza can be reached at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov.

    **It is so ORDERED this 14th day of February 2022.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**